CAROLINE JANZEN, OSB No. 176233
caroline@ruggedlaw.com
PAUL JANZEN, OSB. No. 176240
paul@ruggedlaw.com
RUGGED LAW, INC.
4550 SW Hall Blvd
Beaverton, OR 97005
Phone: 503-520-9900
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MARIA ZAVYALOV, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>LEGACY HEALTH, a corporation,<br><br>    Defendant. | Case No.: 3:23-cv-01942-HZ<br><br>Declaration of Compliance with the Court's Order dated December 20, 2024 |

1.

Paul Janzen, Counsel for Plaintiff, declares as follows:

2.

Pursuant to the Court's Scheduling Order of December 20, 2024, I hereby declare that I have sent the attached scheduling order to my client via certified mail and sent her the Notice of Hearing informing her of the Oral Argument on Defendant's Motion to Dismiss on Wednesday, January 22, 2025 at 1:30 p.m. in the Portland Courtroom 14B before Judge Amy M. Baggio.

3.

On December 17, I also sent the court's original order [ECF 14] to the court via certified mail.

4.

I have also notified Defendant's counsel via electronic mail that I have noticed my client

via certified mail.

5.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: December 20, 2024

RUGGED LAW, INC.

/s/ *Paul Janzen*
Paul Janzen, OSB No. 176240
paul@ruggedlaw.com
Caroline Janzen, OSB No. 176233
caroline@ruggedlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing pleading, on all counsel of record on the date set forth below via the Court's CM/ECF filing system.

Brenda K. Baumgart – Brenda.baumgart@stoel.com

Krisit Axelson - Kristi.axelson@stoel.com

John Baird Dudry - John.dudrey@stoel.com

Marilyn Schoos – Marilyn.schoos@stoel.com

Docketclerk – docketclerk@stoel.com

I hereby certify that I served the forgoing pleading on Maria Zavyalov by certified first class mail at her last known address and by electronic mail.

Maria Zavyalov
37999 Juniper St.
Sandy, OR 97055

vmzbmw@yahoo.com

Dated this December 20, 2024.

                                          /s/ Paul Janzen
                                          Paul Janzen, OSB #176240