CAROLINE JANZEN, OSB No. 176233
caroline@ruggedlaw.com
PAUL JANZEN, OSB. No. 176240
paul@ruggedlaw.com
RUGGED LAW, INC.
4550 SW Hall Blvd
Beaverton, OR 97005
Phone: 503-520-9900
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MARIA ZAVYALOV, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LEGACY HEALTH, a corporation,<br><br>Defendant. | Case No.: 3:23-cv-01942-HZ<br><br>Notice of Hearing |

1.

Paul Janzen, Counsel for Plaintiff, declares as follows:

2.

Pursuant to the Court's Scheduling Order of December 20, 2024, I hereby declare that I have sent the attached scheduling order to my client via certified mail and apprised her of the Oral Argument on Defendant's Motion to Dismiss on Wednesday, January 22, 2025 at 1:30 p.m. in the Portland Courtroom 14B before Judge Amy M. Baggio.

3.

I have also notified Defendant's counsel via electronic mail that I have noticed my client via certified mail.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: December 20, 2024

RUGGED LAW, INC.

/s/ *Paul Janzen*
Paul Janzen, OSB No. 176240
paul@ruggedlaw.com
Caroline Janzen, OSB No. 176233
caroline@ruggedlaw.com

*Attorneys for Plaintiff*

# Paul Janzen

**From:** info@ord.uscourts.gov
**Sent:** Friday, December 20, 2024 9:41 AM
**To:** nobody@ord.uscourts.gov
**Subject:** Activity in Case 3:23-cv-01942-AB Zavyalov v. Legacy Health Scheduling Order

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## District of Oregon

## Notice of Electronic Filing

The following transaction was entered on 12/20/2024 at 09:38:05 AM PST and filed on 12/20/2024
**Case Name:** Zavyalov v. Legacy Health
**Case Number:** 3:23-cv-01942-AB
**Filer:**
**Document Number:** 27 (No document attached)

**Docket Text:**
**Scheduling Order:** The Court will hear oral argument on Defendant's motion to dismiss [19] on Wednesday, January 22, 2025, at 1:30pm in Portland Courtroom 14B before Judge Amy M. Baggio. The parties should also be prepared to discuss Plaintiff's counsel's motion to withdraw [17]. Plaintiff's counsel is ordered to provide notice of this hearing to their client by certified mail and to file proof of such within five days of the date that this order is filed. Failure to comply with the Court's order may result in sanctions to Plaintiff's counsel. The Oral Argument set for 2/10/2025 at 3:00pm is STRICKEN. Ordered by Judge Amy M. Baggio. (jp) *Modified on 12/20/2024 to strike the 2/10 Oral Argument. NEF will be regenerated. (jp).*

### 3:23-cv-01942-AB Notice has been electronically mailed to:

Brenda K. Baumgart    brenda.baumgart@stoel.com, docketclerk@stoel.com, kristi.axelson@stoel.com

John Baird Dudrey    john.dudrey@stoel.com, docketclerk@stoel.com, marilyn.schoos@stoel.com

Caroline Janzen    caroline@ruggedlaw.com, jazmin@ruggedlaw.com, jls@ruggedlaw.com, molly@ruggedlaw.com, notices@ruggedlaw.com, sarah@ruggedlaw.com, zach@ruggedlaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing pleading, on all counsel of record on the date set forth below via the Court's CM/ECF filing system.

Brenda K. Baumgart – Brenda.baumgart@stoel.com

Krisit Axelson - Kristi.axelson@stoel.com

John Baird Dudry - John.dudrey@stoel.com

Marilyn Schoos – Marilyn.schoos@stoel.com

Docketclerk – docketclerk@stoel.com

I hereby certify that I served the forgoing pleading on Maria Zavyalov by certified first class mail at her last known address and by electronic mail.

Maria Zavyalov
37999 Juniper St.
Sandy, OR 97055

vmzbmw@yahoo.com

Dated this December 20, 2024.

                                              /s/ Paul Janzen
                                              Paul Janzen, OSB #176240

# U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Tracking #: 9589 0710 5270 1553 7742 78

| Certified Mail Fee | $4.85 |
| --- | --- |
| $ | $0.00 |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage: $0.73

Postmark Here: DEC 20 2024 — 12/20/2024

Total Postage and Fees: $

Sent To: Maria Zavyalo
Street and Apt. No., or PO Box No.: 37999 Juniper St.
City, State, ZIP+4®: Sandy OR 97055

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

---

# UNITED STATES POSTAL SERVICE.

BEAVERTON
4550 SW BETTS AVE
BEAVERTON, OR 97005-2869
(800)275-8777

12/20/2024                 03:21 PM

| Product | Qty | Unit Price | Price |
| --- | --- | --- | --- |
| First-Class Mail® Letter | 1 | | $0.73 |

Sandy, OR 97055
Weight: 0 lb 0.80 oz
Estimated Delivery Date
Mon 12/23/2024

Certified Mail®                 $4.85

Tracking #:
9589 0710 5270 1553 7742 78

Total                           $5.58

Grand Total:                    $5.58

Cash                            $6.00
Change                         -$0.42

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811