UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| MARIA ZAVYALOV, | Case No.3:23-cv-01942-AB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LEGACY HEALTH, a corporation, | |
| Defendant. | |

**BAGGIO, District Judge:**

Based on the record, this matter is dismissed without prejudice.

DATED: January 23, 2025.

_Amy M. Baggio_
AMY M. BAGGIO
United States District Judge

1- JUDGMENT